# UNITED STATES GOVERNMENT
# memorandum

DATE: 3/13/2025

REPLY TO
ATTN OF: Clerk's Office

SUBJECT: Possibly Related Case
Case No.: 1:25-pt-6
Case Title: USA v. Ronald Shane Stafford

TO: Magistrate Judge Green

**FILED - KZ**
March 13, 2025 11:39 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 3/13

The Probation Department indicates this case is related to the case(s) listed below:

Judge Paul L. Maloney    Docket number 1:97-cr-066

Docket number _____

Docket number _____

Pursuant to Local Criminal Rule 56.5(d)(i), CRIMINAL CASES ARE DEEMED RELATED WHEN:

— (1) a superseding indictment or information has been filed

___ (2) any other indictment or information is pending against the same defendant(s)

___ (3) an indictment is returned against a defendant who is then on probation to a judge, provided the new case involves only the same defendant

_x_ Case is related        ___ Case is not related

COMMENTS BY MAGISTRATE JUDGE: Per Local Criminal Rule 56.4(b)(iii)(A) these cases are related and should be assigned to the same Judge.

Dated: March 13, 2025

Signature

10/03

---

☑ Direct assignment performed        Initials _ym_    Date 3/13/25
☐ Random assignment performed